*Surdy Bond*
*$2500.00*
*BAL*

CRIMINAL CHARGING DOCUMENT NO. _____

**BAIL PROCEEDING FORM II**

STATE OF SOUTH CAROLINA
COUNTY OF *C'field*

IN THE ~~MAGISTRATE~~ COURT *of McBee*
STATE OF SOUTH CAROLINA

ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE

*Michael Qualls*
NAME OF DEFENDANT

Offense Charged: *Dsop dr off, Susp Tag, DUS, Trsmj unlawfully Operating Uninsured, Speeding*

At a bail proceeding conducted by the undersigned judge, for the defendant named above, it was determined by the court (check one or both):

☒ The release of the defendant on recognizance will not reasonably assure his appearance as required.

☐ The release of the defendant on recognizance will result in an unreasonable danger to the community.

This determination was based upon the following findings of fact: _____

[Considerations: Nature and circumstances of the offense charged, the defendant's family ties, employment, financial resources, character and mental condition, the length of his residence in the community, his record of convictions, and any record of flight to avoid prosecution or failure to appear at other court proceedings.]

**THEREFORE, IT IS HEREBY ORDERED:**

1. That the above named defendant be released from custody on the condition that he will personally appear before the designated court at the place, date and time required to answer the charge made against him and do what shall be ordered by the court and not depart the State without the permission of the court and be of good behavior.

2. That the above named defendant be released from custody provided as follows (check all that apply):

**CASH IN LIEU OF BOND**

☐ The defendant, acknowledges himself to be indebted to the State of South Carolina in the sum of _____ to secure his release from custody. Should the defendant fail to comply with all terms and conditions of this Order, this sum of money is subject to being forfeited to the State.

**CASH PERCENTAGE IN LIEU OF BOND**

☐ The defendant, acknowledging himself to be indebted to the State of South Carolina in the full amount of _____, his release to be obtained by payment to the court of _____ % (not to exceed 10%) of the full amount of the bond, deposits _____ to secure his release from custody. Should the defendant fail to perform the conditions of this Order, the full amount shall be levied on his real and personal property for the use of the State.

**APPEARANCE RECOGNIZANCE WITH SURETY**

☒ The defendant will provide good and sufficient surety approved by the court, in the form hereinafter set forth in this Order, acknowledging an indebtedness to the State in the amount of *2500.00*

3. That the defendant shall appear at (check one):

☐ the term of _____ COURT OF GENERAL SESSIONS _____ beginning on _____
at _____ o'clock, _____ at _____
and remain there throughout that term of court. If no disposition is made during that term, the defendant shall appear and remain throughout each succeeding term of court until final disposition is made of his case, unless otherwise ordered by the court.

☒ the session of *Municipal* ~~MAGISTRATE~~ COURT *of McBee* beginning on *8-8-2019*
at *2* o'clock *P.M.* at *38 W Juniper Ave, McBee, S.C.*
If no final disposition is made during that session, the defendant shall appear at such other times and places as ordered by the court.

INITIALS OF DEFENDANT *MQ*

4. That the defendant will notify the court promptly if he changes his address from the one contained in this order and he will comply with those conditions described hereinafter in the Order.

*BAR*
SIGNATURE OF JUDGE

*7-8-2019*
DATE

ORIGINAL AND ONE COPY OF THIS FORM ARE TO BE COMPLETED IN EVERY BAIL PROCEEDING IN WHICH IT IS USED
SCCA/511A (Revised 3/2012)    Original Copy For The Trial Court – Copy For The Defendant

Defendant's Discovery Documents, Bates Stamped No: 000035

Exhibit 4

## ACKNOWLEDGEMENT BY DEFENDANT

I understand that if I violate any condition of this Order, a warrant for my arrest will be issued.

I understand and have been informed that I have a right and obligation to be present at trial and should I fail to attend the court, the trial will proceed in my absence.

It has been explained to me that if I fail to appear before the court as required, a warrant for my arrest will be issued.

_____
SIGNATURE OF DEFENDANT

7-8-2019
DATE

_____ TELEPHONE

SOCIAL SECURITY NUMBER    DRIVER'S LICENSE OR ID NUMBER    ATTORNEY REPRESENTING ACCUSED (IF KNOWN)

## SPECIAL CONDITIONS OF RELEASE

a. ☐ Placement in custody. The defendant is placed in the custody of: Michael Quall
ORGANIZATION

ADDRESS    CITY/STATE    ZIP    TELEPHONE

who agrees (1) to supervise the defendant as set forth by the court, (2) to use every effort to assure the appearance of the defendant at all scheduled hearings before the court, and (3) to notify the court immediately in the event the defendant violates any conditions of his release or disappears.

_____
SIGNATURE OF CUSTODIAN (IF APPROVED)

7/8/19
DATE

b. ☐ Restrictions on Travel, Association or Residence. The defendant will comply with each of the following conditions:

c. ☐ Part-time Release. The defendant will be released from custody from _____ o'clock, _____ to _____ o'clock,
TIME    AM/PM    TIME    AM/PM

on _____ on condition that he return to the custody of _____
DATE(S)                                                    NAME OF PERSON OR ORGANIZATION

at _____ as designated.
LOCATION

d. ☐ Other Conditions. The defendant will comply with the following other conditions of release:

## APPEARANCE RECOGNIZANCE WITH SURETY

On the _____ day of _____, _____ personally appeared before the undersigned judge the surety named below who acknowledged himself indebted to the State of South Carolina, in the sum of _____, such sum to be levied on his real and personal property for the use of the State, should named defendant fail in performing the conditions of this Order.

The surety, being duly sworn, says that he is a resident and free holder within the State and is worth the sum acknowledged and underwritten herein, over all his debts and liabilities, and exclusive of property exempt from execution.

NAME OF SURETY BONDSMAN COMPANY    TELEPHONE    SIGNATURE OF SURETY BONDSMAN

ADDRESS OF SURETY BONDSMAN

CITY/STATE/ZIP    SIGNATURE OF JUDGE

NAME OF INSURANCE COMPANY    DATE

ADDRESS OF INSURANCE COMPANY

CITY/STATE/ZIP

Form Approved by SC Attorney General
Section 17-15-40
March 21, 2012

SCCA/511A (Revised 3/2012)

Defendant's Discovery Documents, Bates Stamped No: 000036

Exhibit 4