# CHESTERFIELD COUNTY DETENTION CENTER
## Release Report
QUALLS, MICHAEL II

| NameID: | Local Identifier: | CORIS ID: | Local Number: | Projected Release Date: 09/21/2019 |
|---|---|---|---|---|
| Security Class: | Booking Status: Released | Confined Date: 08/08/2019 19:44 | Released Date: 08/15/2019 12:47 | Confinement Reason: 44 | BookingID: |

| Home Address: | | Home City: | Home State: SC | Home Zip Code: 29161 | |
|---|---|---|---|---|---|
| Race: | Sex: Male | Eyes: Brown | Hair: Bald | Complexion: Light Brown | Height: | Weight: |
| Date of Birth: | Age: | Place of Birth: | | | | |
| FBI Number: | | SID Number: | | Military: | Military Status: | |
| SSN: | Driver's Lic. Number: | DL State: SC | DL Class: | Home Phone: | |

| Occupation: NA | Employer: NA | Employer Address: NA NA, SC | Employer Phone: |
|---|---|---|---|
| Next of Kin: | Address: | | Phone: |
| Emergency Contact: | Address: | | Phone: |
| Doctor: | Address: | | Phone: |
| Attorney: | Address: | | Phone: |

**Confinements:**

| Confinement Facility: Chesterfield | Confined Date/Time: 08/08/2019 19:44 | Held For Locality: McBee Police Department | Housing Unit: | BookingID: |
|---|---|---|---|---|

**Confine Reason:**
44 - BOOK - Booking - General

**Confinement Notes:**

| Releasing Officer: TEAL, LINDA | Released Date/Time: 08/15/2019 12:47 | Released To: Street | Juvenile When Booked: No |
|---|---|---|---|

**Release Reason:**
54 - RCO - RELEASED BY COURT ORDER

**Release Notes:**
RELEASED PER COURT ORDER JUDGE B. LISENBY 20191710001548 SPEEDING / 20191710001549 OPERATING UNINSURED VEHICLE / 20191710001550 DISOB TO OFFICER/ 20191710001551 SUSPENDED TAG / 20191710001552 IMPROPER VEHICLE LICENSE / 20191710001553 DUS 1ST / 20191710001554 TURNING UNLAWFULLY ALL FOR THE TOWN OF MCBEE

**Property Locations:**

| Booking Officer: FREEMAN, PATRICIA | Search Officer: PULICE, DONALD | Fingerprint Officer: FREEMAN, PATRICIA |
|---|---|---|

**Charges:**

Defendant's Discovery Documents, Bates Stamped No: 000034

Exhibit 7